UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARBOFER SHIPPING SERVICES LTD.,

                Plaintiff,

v.

TRANSGLOBE SHIPPING CO. LTD.,

                Defendant.
---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09
```

09 CV 1605 (LAP)

**ORDER OF DISMISSAL**

LORETTA A. PRESKA, U.S.D.J.:

    IT IS HEREBY ORDERED that all claims and counter-claims, in the above-entitle action, are dismissed pursuant to Fed. R. Civ. P. 41(a), without prejudice, as against the respective parties, each party to bear its own costs; and

    FURTHERMORE, IT IS FURTHER ORDERED that all property, including assets, accounts, electronic fund transfers, funds, etc., of defendant TRANSGLOBE SHIPPING CO. LTD., currently attached and held by any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated February 23, 2009, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be released as directed by the defendant TRANSGLOBE SHIPPING CO. LTD. or its appointed counsel, and said attachments are vacated.

Dated: New York, New York
       July 7, 2009

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

Hon. Loretta A. Preska, U.S.D.J.